UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4  P 1:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., ET AL., <br><br>    Plaintiffs, <br><br> v. <br><br> TANGRADI, INC., <br><br>    Defendant. | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiffs state that:

UNIVERSAL STUDIOS INC. (MCA MUSIC PUBLISHING DIVISION) is wholly owned by publicly-held General Electric Co.

By their attorneys,

HOLLAND & KNIGHT, LLP

By: _____
Stephen S. Young (BBO #538040)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: June 3, 2004