**Barnstable County Sheriff's Office**

I hereby certify and return that on August 17, 2004, I served the within Summons, Complaint, Civil Action Cover Sheet and Plaintiff's Corporate Disclosure Statement, on Tangradi, Inc. dba Black Rock Tuscan Grille, by delivering an attested copy thereof, in hand, to Thomas J. Paulini, President and agent in charge to accept civil process for Tangradi, Inc. dba Black Rock Tuscan Grille, at 1:45 p.m., at 633 Main Street, West Yarmouth, MA 02673.

S 56.40

Thomas R. Pennypacker II, Deputy Sheriff
PO Box 391, Harwichport, MA 02646

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 18, 2004
               *Date*

*Signature of Server*   Thomas R. Pennypacker II, Deputy Sheriff

PO Box 391, Harwichport, MA 02646
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF ___MASSACHUSETTS_____

EXPERIENCE HENDRIX, L.L.C. ET AL.

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 1:04-CV-11217 PBS

TANGRADI, INC.

TO: (Name and Address of Defendant)

Tangradi, Inc.
112 Clearwater Drive
Harwich, MA 02645

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Young, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE  7-9-04