UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 1:04-CV-11217 PBS

EXPERIENCE HENDRIX, L.L.C., ET AL.,
      Plaintiffs,

v.

TANGRADI, INC.,
      Defendant.

**REQUEST FOR DEFAULT**

Plaintiffs in the above-entitled matter in accordance with Rule 55(a), Fed.R.Civ.P., hereby request that Defendant be defaulted and notice of Defendant's default be sent to it at 633 Main Street, Yarmouth, MA 02673. As grounds for this request, Plaintiffs state the following:

1. Service was effected upon Defendant in the above-entitled matter on August 17, 2004, as shown by the deputy sheriff's return of service which is contained on the original summons as filed in court; and

2. More than 20 days have passed since service was effected without Defendant's filing an answer.

By their attorneys,
HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young
BBO #538040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: September 16, 2004

# 2257444_v1