UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                 Civil Action
                                                                                                                 No: 04-11217-PBS

Experience Hendrix, L.L.C., et al
                Plaintiffs

                       v.

                Tangradi, Inc.
                Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                          September 17, 2004

     On September 17, 2004, a notice of default was issued as to the Defendant Tangradi, Inc. pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default, it shall do so on or before October 7, 2004.  Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                              By the Court,


                                                        /s/ Robert C. Alba
                                                            Deputy Clerk