UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11217

Experience Hendrix, L.L.C., et al
Plaintiffs

v.

Tangradi, Inc.
Defendant

## NOTICE OF DEFAULT

    Upon application of the Plaintiffs for an order of Default for failure of the Defendant Tangradi, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant Tangradi, Inc. has been defaulted on September 17, 2004.

Tony Anastas
Clerk

By: /s/ Robert C. Alba
Deputy Clerk

Date: September 17, 2004

Notice mailed to counsel of record and defendant(s).