UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C. A. No. 1:04-CV-11217 PBS

EXPERIENCE HENDRIX, L.L.C., ET AL.,
         Plaintiffs,

v.

TANGRADI, INC.,
         Defendant.

**PLAINTIFFS' MOTION FOR AN ASSESSMENT OF DAMAGES**

Plaintiffs in the above-entitled action hereby say that service was effected upon Defendant on August 17, 2004; notice of default was mailed to Defendant on September 17, 2004; and Defendant has failed to file an answer. Accordingly, Plaintiffs hereby move this Court to assess damages and costs against Defendant for its willful infringing conduct as follows:

1.    Statutory damages in the amount of $2,000 on each of the four counts of copyright infringement pleaded in the Complaint, for total statutory damages of $8,000.00, pursuant to 17 U.S.C. §504(c) and in accordance with the allegations contained in the complaint as more particularly shown by the Declaration of Dianne Ussery, which is attached hereto as Exhibit "A."

2. Attorneys' fees pursuant to 17 U.S.C. §505 in the suggested amount of $1,200, as shown by the Declaration of the undersigned counsel, which is attached hereto as Exhibit "B."

The total amount to be assessed in accordance with the above is $9,200.00, plus court costs and interest.

By their attorneys,

HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young
BBO #538040
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated: October 5, 2004

## CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that on this 5th day of October, 2004, I served a copy of the Plaintiffs' Motion for an Assessment of Damages upon the defendant by mailing a copy thereof, postage prepaid, addressed to: Tangradi, Inc., 633 Main Street, Yarmouth, MA 02673.

Signed under the pains and penalties of perjury.

_____
Stephen S. Young

# 2283556_v1