UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., ET AL.,<br>    Plaintiffs<br><br>v.<br><br>TANGRADI, INC.,<br>    Defendant | C.A. No. 1:04-CV-11217 PBS |

### DEFAULT JUDGMENT

Saris, D.J.

    Defendant, Tangradi, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

    Now, upon application of plaintiffs and affidavits demonstrating that defendant owes plaintiffs the sum of $_____, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $_____.

    It is hereby ORDERED, ADJUDGED AND DECREED that plaintiffs recover from defendant, Tangradi, Inc., the principal amount of $_____, with costs in the amount of $_____ and prejudgment interest at the rate of \_\_\_\_% from _____ to _____ in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: _____

Note: The post-judgment interest rate effective this date is \_\_\_\_%.