UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-11217 PBS

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C. ET AL.,<br>Plaintiffs,<br><br>v.<br><br>TANGRADI, INC.,<br>Defendant. | PLAINTIFFS' MOTION TO PERMIT DEMAND AND LEVY TO BE MADE BY A DISINTERESTED PERSON |

Plaintiffs hereby move this Court for leave to have demand and any necessary levy on the execution which issues herein be made upon Defendant by an authorized Commonwealth of Massachusetts deputy sheriff or constable, and state as grounds therefor that the present backlog in the United States Marshal's Office prevents that office from making demand or levy within a reasonable time.

By their attorneys,

HOLLAND & KNIGHT LLP

By: 
Stephen S. Young, BBO #058040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: October 29, 2004

CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that on this 29th day of October, 2004, I served a copy of the within Motion to Permit Demand and Levy to be Made by a Disinterested Person upon the defendant by mailing a copy thereof, postage prepaid, to: Tangradi, Inc. d/b/a Black Rock Tuscan Grille, 633 Main Street, Yarmouth, MA 02673.

Signed under the pains and penalties of perjury.

Stephen S. Young

# 2359486_v1