UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 04-CV-11217 PBS

EXPERIENCE HENDRIX, L.L.C., ET AL.,
        Plaintiffs,

v.

TANGRADI, INC.,
        Defendant.

**FIRST EXECUTION**

      To the United States Marshal for the District of Massachusetts or either of his Deputies and to an authorized Commonwealth of Massachusetts Deputy Sheriff or Constable:

      WHEREAS, plaintiffs have recovered a Judgment in this Court against Tangradi, Inc. on the 26th day of October, 2004, for the sum of $8,000 damages, and costs of this suit in the amount of $1,634.21, as to us appears of record, whereof this First Execution remains to be done,

      WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor you cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums being a total of $9,634.21, in the whole, with interest thereon from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees. Post-judgment interest shall accrue from the date of entry of judgment to the date of its satisfaction, at the annual rate of _____%.

      HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said Court, at Boston, Massachusetts, within twenty (20) years after the date of said Judgment, or within ten (10) days after this writ has been satisfied or discharged.

      Dated at Boston this _____ day of _____, 2004.

                                            _____
                                            Clerk

                                            By:_____

SEAL                                         Deputy Clerk