UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

EXPERIENCE HENDRIX, L.L.C., ET AL.,
    Plaintiffs

v.

TANGRADI, INC.,
Defendant

C.A. No. 1:04-CV-11217 PBS

## AMENDED DEFAULT JUDGMENT

Saris, D.J.

Defendant, Tangradi, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiffs and affidavits demonstrating that defendant owes plaintiffs the sum of $8,000 (statutory fines), that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $1,634.21, which includes attorney's fees.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiffs recover from defendant, Tangradi, Inc., the principal amount of $8,000, with costs in the amount of $1,634.21, without prejudgment interest, for a total judgment of $9,634.21 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: November 10, 2004

Note: The post-judgment interest rate effective this date is 2.27 %.