UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:04-CV-11217 PBS

EXPERIENCE HENDRIX, L.L.C., ET AL.,
   Plaintiffs,

v.

TANGRADI, INC.
   Defendant.

## ORDER

Saris, J.

This action came on for hearing on Plaintiffs' Motion for Approval to Levy on Defendant's Cash Register Receipts, Liquor and Liquor License.

After consideration the motion is hereby allowed and the United States Marshal's Office, the Barnstable County Deputy Sheriff's Office or a duly authorized constable is hereby ordered:

1. To levy upon the cash register receipts of Defendant doing business as Black Rock Tuscan Grille located at 633 Main Street, Yarmouth, MA 02673;

2. To levy upon, seize and sell all liquor found on Defendant's premises known as Black Rock Tuscan Grille located at 633 Main Street, Yarmouth, MA 02673; and

3. To levy upon, seize and sell the liquor license issued to Defendant pursuant to M.G.L. c. 138, §12, which is kept at Defendant's business known as Black Rock Tuscan Grille located at 633 Main Street, Yarmouth, MA 02673.

until the outstanding amount of the execution, plus interest and costs of demand, seizure and sale are satisfied.

Dated: _____, 2005

UNITED STATES JUSTICE